IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| K.T., R.D., and KAITLIN BAILEY, *Plaintiffs,* <br><br> v. <br><br> A PLACE FOR ROVER and ANTOINE SMITH *Defendants.* | CIVIL ACTION <br><br> NO. 23-02858 <br> NO. 23-02859 <br> NO. 23-02860 |
|---|---|

## ORDER

**AND NOW**, this 31st day of October, 2023, it is hereby **ORDERED** that Defendant Rover's Motion to Compel Arbitration and to Stay (ECF 15) is **GRANTED** for the reasons stated in the foregoing Memorandum.[1]

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

---

[1] This Court consolidated the three related cases for pretrial purposes on September 18, 2023. See ECF No. 28 (23-2860).