IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| K.T., R.D., and KAITLIN BAILEY, *Plaintiffs,*<br><br>v.<br><br>A PLACE FOR ROVER and ANTOINE SMITH *Defendants.* | CIVIL ACTION<br><br>NO. 23-02858<br>NO. 23-02859<br>NO. 23-02860 |
|---|---|

# ORDER

**AND NOW**, this 29th day of March, 2024, it is hereby **ORDERED** that Plaintiffs' Omnibus Motion for Leave to Amend and for Reconsideration (ECF 36 (No. 23-2858); ECF 37 (No. 23-2859); ECF 35 (No. 23-2860)) is **DENIED** for the reasons stated in the foregoing Memorandum.[1]

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 23\23-2858 K.T. v. A Place for Rover et al\23cv2858 Consolidated Order re Motion for Reconsideration and to Amend Complaint.docx

---

[1] This Court consolidated the three related cases for pretrial purposes on September 18, 2023. See ECF No. 28 (23-2860).